## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JAMES B. WHITTENBURG,<br>Defendant. | Case No. **1:06CR--071**<br><br>Magistrate Judge T.S. Black<br><br>**INFORMATION**<br>26 U.S.C. § 7203<br>(Misdemeanor) |

The United States Attorney charges:

That during the calendar year 2001, James B. Whittenburg, who was a resident of Cincinnati, Ohio, had and received gross income in excess of the minimum filing requirement; that by reason of such gross income he was required by law, following the close of calendar year 2001, and on or before April 15, 2002, to make an income tax return to any authorized representative of the Internal Revenue Service or to any person assigned the responsibility to receive income tax returns at the local Internal Revenue Office serving Cincinnati, Ohio, or any other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to an authorized representative of the Internal Revenue Service, or to any other proper officer of the United States.

**In violation of Title 26, United States Code, Section 7203.**

GREGORY G. LOCKHART
United States Attorney

_____
RALPH W. KOHNEN
Deputy Criminal Chief