UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JAMES B. WHITTENBURG,<br>Defendant. | Case No. 1:06CR-071<br><br>Mag. Judge T.S. Black<br><br>**ELEMENTS OF THE OFFENSE**<br>**26 U.S.C. § 7203** |

The elements of the offense for Willful Failure to File Return, in violation of 26 U.S.C. § 7203, are as follows:

**First:** Defendant was a person required by law to file a return;

**Second:** Defendant failed to file at the time required by law; and

**Third:** The failure to file was willful.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*/s/ Benjamin C. Glassman*
BENJAMIN C. GLASSMAN (0077466)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Benjamin.Glassman@usdoj.gov